# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Chong Su Yi
    And people of similarly situated.

**Plaintiff(s)**

vs.      Civil No.: **RWT 16CV1850**

Board of Elections of Montgomery County
Of Maryland

Maryland Board of Elections

**Defendant(s)**

\*\*\*\*\*\*

Complaint

1. Jurisdiction in this case is based on:

   [x]  28 U.S.C. 1331
   "The district courts shall have original jurisdiction . . . under Constitution, Laws, . ."

   [x]  28 USC 1346
   "founded either upon the Constitution, or any Act of Congress,"

2. Citations

   [x]  1st amendment
   "or abridging the freedom of speech, or of the press;"

   [x]  4st amendment
   The rights of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause,

   [x]  14th amendment Section 1.
   "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

☒   15th amendment

3. Federal Question:
Under 15th amendment;

Could board of elections of county and state; bar plaintiff from running for presidency, in 2016 November Election?

4. Facts of the case are:

Plaintiff is naturalized U.S. citizen as of 1978 and could not run for presidency.

Plaintiff could not vote for self; for presidency in primary and general election.

5. List of Parties

Plaintiff
Board of Election of Montgomery County
Serve at:
    Office of the County Attorney
    101 Monroe Street, Third Floor
    Rockville, Maryland 20850

Maryland Board of Elections
Serve at:
    Maryland Attorney General's Office
    200 St. Paul St suite 1700, Baltimore MD 21202

Defendant
Chong Su Yi pro se, none attorney, none law school, none college
8210 Dixon Avenue Silver Spring MD 20910

6. Argument of the cases are:
1. Why is the Pleader entitled to relief?

Because plaintiff is trying to run for president and is barred by election process, Which includes primary and general election even when plaintiff is naturalized citizen, and is governed by county board of elections and state board of elections.

7. Conclusion

    Current voting process violates 15th amendment. November general election is unconstitutional.

8. The relief I want the court to order is: Maryland board of elections and County Board of Elections to cease operation in November general election.

6/3/2016

Chong Su Yi
8210 Dixon Avenue Silver Spring MD 20910
(301) 585 6463 x2