IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHONG SU YI, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. PWG-16-1850 |
| BOARD OF ELECTIONS OF MONTGOMERY COUNTY, *et al.*, | * | |
| Defendants | * | |
| | *** | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 9th day of September, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion to Proceed *in Forma Pauperis*, ECF No. 2, IS GRANTED;

2. The Complaint IS DISMISSED;

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

4. The Clerk SHALL CLOSE this case.

_____
Paul W. Grimm
United States District Judge